LYNN HUBBARD III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorney for Plaintiff BRENDA PICKERN

CHRISTINE FUJITA, SBN 274750
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
Email:  cfujita@gibsondunn.com

Attorney for Defendant McDonald's Corporation

BRENDAN M. BROWNFIELD, SBN 266114
**BURNHAM BROWN**
1901 Harrison Street, 14th Floor
Oakland, CA  94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email:  bbrownfield@burnhambrown.com

Attorney for Defendant Mike Raymond Robik

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No. 2:13-cv-02465-MCE-CMK |
| Plaintiff, | |
| vs. | **Joint Stipulation for Dismissal; Order Thereon** |
| Mike Raymond Robik, et al., | |
| Defendants. | |

*Pickern v. Mike Raymond Robik, et al.,*                                             Case No. 2:13-cv-02465-MCE-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1 of 2

TO THE COURT AND TO ALL PARTIES:

    Plaintiff, Brenda Pickern, and defendants, Mike Raymond Robik and McDonald's Corporation, stipulate to and jointly request that this Court enter a dismissal, with prejudice, of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: May 29, 2014      LAW OFFICES OF LYNN HUBBARD

                                /s/   Lynn Hubbard          /
                                LYNN HUBBARD III
                                Attorney for Plaintiff

Dated: May 29, 2014      GIBSON, DUNN & CRUTCHER LLP

                                /s/   Christine Fujita          /
                                CHRISTINE FUJITA
                                Attorney for Defendant McDonald's Corporation

Dated: May 29, 2014      BURNHAM BROWN

                                /s/   Brendan Brownfield       /
                                BRENDAN M. BROWNFIELD
                                Attorney for Defendant Mike Raymond Robik

### **ORDER**

    In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-02465-MCE-CMK, be dismissed with prejudice in its entirety.

Dated: June 24, 2014

                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                UNITED STATES DISTRICT COURT

*Pickern v. Mike Raymond Robik, et al.,*            Case No. 2:13-cv-02465-MCE-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2 of 2